Others, Defendants, and HENRY JEAN HOLDING CORPORATION, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The first defense, assuming the truth of the allegations therein, shows that the appellant, in good faith, attempted to comply with the statute governing its incorporation, and it, therefore, became a *de facto* corporation. As to the second defense, the plaintiff, by filing the supplemental notice of lien, stating that the appellant was an owner of the property in question, with knowledge of the facts relating to the appellant's attempted incorporation, may be held to have recognized the appellant as a *de facto* corporation and the owner of the property in question, and waived any defect in its incorporation. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

JUELL BIE, JR., Respondent, v. SIMON-GREENBERG REALTY CORPORATION and Another, Defendants; CRUIKSHANK COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

HARRIET PEMBLETON BIEDEKAPP, Respondent, v. WALTER A. MCGRATH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

CHARLES BOGACKI, an Infant, by ANTONI BOGACKI, His Guardian ad Litem, and ANTONI BOGACKI, Respondents, v. GEORGE WADE and RAY R. LILLY, Copartners, Doing Business under the Firm Name and Style of "WADE & LILLY," Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. The case should be tried in order that all the facts may be presented to the court. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

COUNTY PLAINS CORPORATION, Respondent, v. NOSBAND CORPORATION and Others, Defendants; MORRIS MINSTER, Applicant, Appellant.— Order denying motion to bring in parties defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

CLEORA CURRIE, as Administratrix, etc., of JOHN G. CURRIE, Deceased, Respondent, v. INTERNATIONAL MAGAZINE Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

MICHAEL DE STEFANO, Respondent, v. EDGAR J. KELLNER and AGNES C. KELLNER, Appellants. EDGAR J. KELLNER and AGNES C. KELLNER, Plaintiffs, v. MICHAEL DE STEFANO, Defendant.— Upon stipulation of respondent De Stefano in open court to change the place of trial of the consolidated actions to Nassau county, De Stefano to be there considered as the plaintiff with the right to open and close, the order is modified accordingly and as so modified affirmed, without costs. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

ISAAC GOODMAN, Respondent, v. ROOSEVELT SAVINGS BANK OF THE CITY OF NEW YORK, Defendant, and JEROME A. WEISS, as Executor, etc., of ANNA GOODMAN, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

JOSEPH GUERRIERI, Respondent, v. CONTINI REALTY CORPORATION and FRANK P. CONTINI, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.